# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 24-60404

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

December 30, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Michael Bakayev,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:23-CR-25-1

———————————————————————

Before Graves, Willett, and Wilson, *Circuit Judges*.

Per Curiam:[*]

IT IS ORDERED that Appellee's unopposed motion to vacate the district court's restitution order is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand this appeal to the district court to recalculate the appropriate restitution amount under the Mandatory Victims Restitution Act, 18 U.S.C.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-60404

§ 3663A, and accordingly, to amend the restitution portion of the district court's judgment is GRANTED.